**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MECHELL THOMPSON,

    Plaintiff,

vs.                                                           Case No. 3:12-cv-692-J-99TJC-TEM

MOSBY LEGAL GROUP, LLC, and
RICARDO MOSBY,

    Defendants.

## ORDER

This case is before the Court on Plaintiff's Amended Motion for Default Judgment Against Defendants ("Motion") (Doc. 27), filed on October 24, 2013. On October 28, 2013, the United States Magistrate Judge issued a Report and Recommendation (Doc. 28) recommending that the Motion be granted and default judgment be entered against Defendants Mosby Legal Group, LLC and Ricardo Mosby.

Neither party has filed an objection to the Report and Recommendation and the time in which to do so has passed.[1] See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); M.D. Fla. R. 6.02(a). Upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 28), the Court determines that Plaintiff is entitled to a default judgment awarding statutory damages, attorney's fees, and costs.

---

[1] After reviewing the file and determining that Defendants may not have received a copy of the Report and Recommendation, the Court sent copies to the address at which the Mosby Legal Group, LLC was served, the address for the corporation and its registered agent on file with the Georgia Secretary of State, and to Ricardo Mosby in care of the Florida Secretary of State. (See Docs. 30 & 31.) They were all returned undeliverable.

Before the Court can enter any award of fees and costs, however, it needs more information from Plaintiff.  The billing records and affidavit Plaintiff submitted so far come from an earlier (denied) motion for default judgment and do not fully cover the current amount of fees requested.  (See Docs. 15-1 & 16.)  Moreover, those materials provide no information about the timekeepers (other than their names) from which the Court can determine whether the rates are reasonable or even what timekeepers charged what rates.  Finally, the materials include no documentation of the costs incurred.

Accordingly, it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 28) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Amended Motion for Default Judgment Against Defendants ("Motion") (Doc. 27) is **GRANTED**.

3. The proposed "Order Granting Motion for Default Judgment" attached to the Motion (Doc. 27-3) is **STRICKEN**.

4. On or before **January 31, 2014**, Plaintiff shall submit the required documentation in support of her request for attorney's fees and costs.

**DONE AND ORDERED** at Jacksonville, Florida, on this 13th day of January, 2014.

TIMOTHY J. CORRIGAN
United States District Judge

bjb.
Copies:

Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of Record

Pro se parties, if any

Mosby Legal Group, LLC
c/o Gary Hall
3400 Peachtree Road NE
Suite 625
Atlanta, GA  30326

Ricardo Mosby
3400 Peachtree Road NE
Suite 625
Atlanta, GA  30326

Ricardo Mosby
c/o Secretary of State
P.O. Box 6327
Tallahassee, FL 32314